IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARALLEL IRON, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>UBS FINANCIAL SERVICES, INC.<br><br>    Defendant. | C.A. No. 12-881-RGA |

**STIPULATED MOTION FOR DISMISSAL WITHOUT PREJUDICE**

The plaintiff Parallel Iron, LLC, and defendant UBS Financial Services, Inc., pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and representations provided by defendant to plaintiff, hereby move for an order dismissing all claims in this action WITHOUT PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

DATED December 14, 2012

| | |
|---|---|
| BAYARD, P.A.<br><br>/s/ Stephen B. Brauerman<br>Richard D. Kirk (rk0922)<br>Stephen B. Brauerman (sb4952)<br>Vanessa R. Tiradentes (vt5398)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>vtiradentes@bayardlaw.com<br><br>*Attorneys for Plaintiff*<br>*Parallel Iron, LLC* | MORRIS, NICHOLS, ARSCHT & TUNNEL LLP<br><br>/s/ Jack B. Blumenfeld<br>Jack B. Blumenfeld (#1014)<br>1201 N. Market St.<br>P.O. Box 1347<br>Wilmington, DE 19801<br>(302) 658-9200<br>jblumenfeld@mnat.com<br><br>*Attorneys for Defendant*<br>*UBS Financial Services, Inc.* |

IT IS SO ORDERED this ___ day of December, 2012

> _____
> The Honorable Richard Andrews
> United States District Judge